UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Citizens for a Balanced City, et al.,

Plaintiffs,

v.

Plymouth Congregational Church, Plymouth Church Neighborhood Foundation, City of Minneapolis,

Defendants.

Civil No. 02-219 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. No more than one set of interrogatories, including all discrete subparts, shall be served by any party, and must be answered by March 15, 2002.

   b. No more than one set of Document Requests shall be served by any party and must be answered by March 15 2002.

   c. The parties agree that cross motions for summary judgment will resolve all issues in this case.

2. Dispositive Motions:

   a. All dispositive motions shall be filed and scheduled for hearing prior to July 1, 2002.



MAR 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

3. Trial

a. The parties agree that no trial will be needed in this case. This action will be decided on cross motions for summary judgment.

DATED: March 6, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge