UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-219 (JMR/FLN)

| | | |
|---|---|---|
| Citizens For A Balanced City et al | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Plymouth Church Neighborhood Foundation et al | ) | |

This matter came before the Court on a motion to dismiss by defendant Plymouth Church Neighborhood Foundation.

The motion is hereby referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: March 8, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
MAR 11 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS